UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| EDNA SELAN EPSTEIN, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　　　　　　　Plaintiff,<br><br>　vs.<br><br>WORLD ACCEPTANCE CORPORATION, *et al.*,<br><br>　　　　　　　　　　　Defendants. | Civil Action No. 6:14-cv-01606-MGL<br><br>CLASS ACTION<br><br>**DECLARATION OF JACK REISE, ESQ. IN SUPPORT OF LEAD PLAINTIFF'S MOTION FOR CLASS CERTIFICATION** |

I, Jack Reise, Esq., declare under penalty of perjury pursuant to 28 U.S.C. §1746 as follows:

1. I am a member of the Bar of the State of Florida, and I am admitted *pro hac vice* to appear before this Court in this action.

2. I am a partner in the firm of Robbins Geller Rudman & Dowd LLP, counsel for Lead Plaintiff and proposed Class Representative Operating Engineers Construction Industry and Miscellaneous Pension Fund in this action. I submit this declaration to the Court in support of Lead Plaintiff's Motion for Class Certification.

3. Attached hereto as Exhibit 1 is a true and correct copy of the Declaration of M. Scott Anderson on Behalf of Lead Plaintiff Operating Engineers Construction Industry and Miscellaneous Pension Fund in Support of Lead Plaintiff's Motion for Class Certification.

4. Attached hereto as Exhibit 2 is a true and correct copy of the Report on Market Efficiency by Professor Steven P. Feinstein, Ph.D., CFA.

5. Attached hereto as Exhibit 3 is a true and correct copy of the firm résumé of Robbins Geller Rudman & Dowd LLP.

6. Attached hereto as Exhibit 4 is a true and correct copy of the firm résumé of Motley Rice LLC.

7. Attached hereto as Exhibit 5 is the Consent Order Consolidating Related Actions, Appointing Lead Plaintiff, and Approving Selections of Counsel in *City of Bristol Pension Fund, etc. v. 3D Systems Corp., et al.*, C/A 0:15-cv-2393-MGL (D.S.C. Oct. 1, 2015).

8. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 16th day of November, 2015 at Boca Raton, Florida.

s/ JACK REISE<br>
JACK REISE