UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

| | |
|---|---|
| EDNA SELAN EPSTEIN, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>WORLD ACCEPTANCE CORPORATION, et al.,<br><br>Defendants. | Civil Action No. 6:14-cv-01606-MGL<br><br>**CONSENT AMENDED CONFERENCE AND SCHEDULING ORDER** |

Pursuant to the parties' request, this Court hereby amends its January 14, 2016 Consent Amended Conference and Scheduling Order (the "Scheduling Order") (Dkt. No. 131) in this action, as described more fully below.

With Defendants' consent, on December 18, 2015, Lead Plaintiff filed a Second Amended Complaint in this putative class action alleging claims under the federal securities laws. Defendants filed their motion to dismiss the Second Amended Complaint on January 29, 2016 (Dkt. No. 132), and the motion has been fully briefed since April 8, 2016 (Dkt. No. 141). The parties are currently awaiting the issuance of an order on the motion. Lead Plaintiff also filed its motion for class certification on November 16, 2015 (Dkt. No. 121) and all briefing of the motion has been stayed pending resolution of Defendants' motion to dismiss. Accordingly, pursuant to the request of the parties and for good cause shown, the Court amends the Scheduling Order to only include the following deadlines and suspend all other deadlines:

- 1 -

- 2 -

1. Since Defendants filed a motion to dismiss the Second Amended Complaint, all briefing and discovery relating to Lead Plaintiff's Motion for Class Certification (Dkt. No. 121) shall be stayed **pending resolution of the motion to dismiss.**

2. Since Defendants filed a motion to dismiss the Second Amended Complaint, all discovery relating to the new allegations in the Second Amended Complaint shall be stayed **pending resolution of the motion to dismiss.**

3. Since Defendants filed a motion to dismiss the Second Amended Complaint, the parties shall confer **within five (5) days after the ruling on that motion** concerning (i) the briefing schedule on Plaintiff's motion for class certification (Dkt. No. 121); (ii) discovery relating to class certification; and (iii) discovery relating to the new allegations in the Second Amended Complaint.

4. Since Defendants filed a motion to dismiss the Second Amended Complaint, the parties shall confer **within ten (10) days after the ruling on that motion** concerning (i) all fact and expert discovery deadlines; (ii) the deadline for filing a status report with the Court; (iii) the deadline for completion of mediation; and (iv) the deadline for all other motions, except those to complete discovery, those nonwaivable motions made pursuant to Fed. R. Civ. P. 12, and those relating to the admissibility of evidence at trial.

5. If necessary, the Court will enter a scheduling order setting a trial date and deadlines for other trial-related matters after the Court has ruled on dispositive motions.

6. Lead Plaintiff's Motion for Class Certification is **DISMISSED WITHOUT PREJUDICE** and with leave to refile once the Court has issued its Order on Defendant's Second Motion to Dismiss.

IT IS SO ORDERED.

   s/Mary Geiger Lewis  
THE HONORABLE MARY GEIGER LEWIS  
UNITED STATES DISTRICT JUDGE

August 12, 2016  
Columbia, South Carolina