UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| EDNA SELAN EPSTEIN, Individually and on Behalf of All Others Similarly Situated,<br><br>                      Plaintiff,<br><br>vs.<br><br>WORLD ACCEPTANCE CORPORATION, et al.,<br><br>                      Defendants. | Civil Action No. 6:14-cv-01606-MGL<br><br>CLASS ACTION<br><br>**ORDER SETTING BRIEFING SCHEDULE FOR DEFENDANTS' MOTION TO EXCLUDE OPINION TESTIMONY OF STEVEN P. FEINSTEIN** |

Pursuant to the Parties' request, the Court hereby sets the briefing schedule for Defendants' Motion to Exclude Opinion Testimony of Steven P. Feinstein, as described more fully below.

The Parties are engaged in discovery concerning Defendants' Motion and the expert testimony provided by Defendants in support thereof. The parties believe that additional time is required in order to complete the deposition of Dr. Tabak and the briefing of the Motion. The deadlines proposed below will coincide with the May 1, 2017 deadline for completion of briefing of Lead Plaintiff's Motion for Class Certification [Dkt. No. 152], and will have no impact on other deadlines.

Accordingly, pursuant to the request of the Parties and for good cause shown, the Court enters the following briefing schedule for Defendants' Motion:

1. **Lead Plaintiff shall file its response to Defendants' Motion to Exclude Opinion Testimony of Steven P. Feinstein by no later than April 17, 2017.**

2. **Defendants shall file their reply in support of their Motion Exclude Opinion Testimony of Steven P. Feinstein by no later than May 1, 2017.**

All other deadlines shall remain as set forth in the Court's March 14, 2017 Scheduling Order [Dkt. No. 165].

IT IS SO ORDERED.

                                             s/Mary Geiger Lewis
                                        THE HONORABLE MARY G. LEWIS
                                        UNITED STATES DISTRICT JUDGE

March 22, 2017
Columbia, South Carolina