# UNITED STATES DISTRICT COURT

# DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| EDNA SELAN EPSTEIN, Individually and on Behalf of All Others Similarly Situated,<br><br>                               Plaintiff,<br><br>   vs.<br><br>WORLD ACCEPTANCE CORPORATION, et al.,<br><br>                              Defendants. | Civil Action No. 6:14-cv-01606-MGL<br><br>CLASS ACTION<br><br>LEAD PLAINTIFF'S NOTICE OF MOTION AND UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT |

PLEASE TAKE NOTICE that Lead Plaintiff, Operating Engineers Construction Industry and Miscellaneous Pension Fund, on behalf of itself and the Settlement Class, will move this Court, at a date and time to be set by the Court, for an order, pursuant to Rule 23(e) of the Federal Rules of Civil Procedure: (a) preliminarily approving the proposed class action settlement on the terms set forth in the Stipulation of Settlement, dated August 24, 2017 ("Stipulation"); (b) certifying the Settlement Class for settlement purposes; (c) approving the proposed methods of disseminating notice to the Settlement Class; (d) setting a date for the final settlement hearing; and (e) such other and further relief as this Court deems just and proper. Pursuant to Local Rule 7.02, counsel for Lead Plaintiff certifies that they have consulted with Defendants' counsel and that there is no objection to this motion.

This motion is based on the Stipulation and related settlement exhibits; the accompanying memorandum of law in support thereof; all of the prior pleadings in this Litigation; and such additional evidence or argument as may be presented to or required by the Court.

A proposed Order Preliminarily Approving Settlement and Providing for Notice is also submitted herewith.

DATED: August 25, 2017

Respectfully submitted,

MOTLEY RICE LLC
WILLIAM P. TINKLER (D.S.C. Bar No. 11794)
MARLON E. KIMPSON (D.S.C. Bar No. 7487)

/s/ *Marlon E. Kimpson*
MARLON E. KIMPSON

28 Bridgeside Blvd.
Mount Pleasant, SC  29464
Telephone:  843/216-9000
843/216-9450 (fax)
dabel@motleyrice.com
mkimpson@motleyrice.com

- 1 -

- 2 -

Liaison Counsel

ROBBINS GELLER RUDMAN
  & DOWD LLP
JACK REISE (*pro hac vice*)
STEPHEN R. ASTLEY (*pro hac vice*)
ELIZABETH A. SHONSON (*pro hac vice*)
BAILIE L. HEIKKINEN (*pro hac vice*)
120 East Palmetto Park Road, Suite 500
Boca Raton, FL 33432
Telephone: 561/750-3000
561/750-3364 (fax)
jreise@rgrdlaw.com
sastley@rgrdlaw.com
eshonson@rgrdlaw.com
bheikkinen@rgrdlaw.com

ROBBINS GELLER RUDMAN
  & DOWD LLP
ELLEN GUSIKOFF STEWART
655 West Broadway, Suite 1900
San Diego, CA 92101-8498
Telephone: 619/231-1058
619/231-7423 (fax)
elleng@rgrdlaw.com

Counsel for Operating Engineers Construction Industry and Miscellaneous Pension Fund