UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| EDNA SELAN EPSTEIN, Individually and on Behalf of All Others Similarly Situated,<br><br>       Plaintiff,<br><br> vs.<br><br>WORLD ACCEPTANCE CORPORATION, et al.,<br><br>       Defendants. | Civil Action No. 6:14-cv-01606-MGL<br><br>CLASS ACTION<br><br>LEAD PLAINTIFF'S COUNSEL'S NOTICE OF MOTION AND MOTION FOR AN AWARD OF ATTORNEYS' FEES AND EXPENSES AND AWARD TO LEAD PLAINTIFF PURSUANT TO 15 U.S.C. §78u-4(a)(4) |

TO: ALL PARTIES AND THEIR ATTORNEYS OF RECORD

PLEASE TAKE NOTICE that Robbins Geller Rudman & Dowd LLP, Court-appointed Lead Counsel, and Motley Rice LLC, Court-appointed Liaison Counsel, and counsel for Lead Plaintiff Operating Engineers Construction Industry and Miscellaneous Pension Fund will move this Court on December 18, 2017, at 11:00 a.m., before the Honorable Mary Geiger Lewis, for entry of an order, pursuant to Rules 23 and 54 of the Federal Rules of Civil Procedure: (1) awarding attorneys' fees; (2) paying litigation expenses incurred in prosecuting the Litigation; and (3) awarding Lead Plaintiff compensation for its time and service representing the Settlement Class in this action. This motion is based on: (i) the Memorandum of Law in Support of Lead Plaintiff's Counsel's Motion for an Award of Attorneys' Fees and Expenses and Award to Lead Plaintiff Pursuant to 15 U.S.C. §78u-4(a)(4); (ii) the Declaration of Jack Reise in Support of: (1) Lead Plaintiff's Motion for Final Approval of Class Action Settlement and Approval of Plan of

1325325_1

Allocation, and (2) Lead Plaintiff's Counsel's Motion for an Award of Attorneys' Fees and Expenses and Award to Lead Plaintiff Pursuant to 15 U.S.C. §78u-4(a)(4); (iii) the Declaration of Alexander P. Villanova; (iv) the Declaration of Lead Counsel; (v) the Declaration of Liaison Counsel; (vi) the Declaration of Lead Plaintiff; (vii) the Stipulation of Settlement; and (viii) all other proceedings herein.

A proposed order will be submitted with counsel's reply submission on or before December 1, 2017.

DATED:  November 3, 2017

Respectfully submitted,

MOTLEY RICE LLC
WILLIAM P. TINKLER (D.S.C. Bar No. 11794)
MARLON E. KIMPSON (D.S.C. Bar No. 7487)

*/s/ William P. Tinkler*
WILLIAM P. TINKLER

28 Bridgeside Blvd.
Mount Pleasant, SC  29464
Telephone:  843/216-9000
843/216-9450 (fax)
wtinkler@motleyrice.com
mkimpson@motleyrice.com

Liaison Counsel

ROBBINS GELLER RUDMAN
  & DOWD LLP
JACK REISE (*pro hac vice*)
STEPHEN R. ASTLEY (*pro hac vice*)
ELIZABETH A. SHONSON (*pro hac vice*)
BAILIE L. HEIKKINEN (*pro hac vice*)
120 East Palmetto Park Road, Suite 500
Boca Raton, FL  33432
Telephone:  561/750-3000
561/750-3364 (fax)
jreise@rgrdlaw.com
sastley@rgrdlaw.com
eshonson@rgrdlaw.com
bheikkinen@rgrdlaw.com

- 2 -

- 3 -

       ROBBINS GELLER RUDMAN
         & DOWD LLP
       ELLEN GUSIKOFF STEWART (*pro hac vice*)
       655 West Broadway, Suite 1900
       San Diego, CA  92101-8498
       Telephone:  619/231-1058
       619/231-7423 (fax)
       elleng@rgrdlaw.com

       Counsel for Operating Engineers Construction
       Industry and Miscellaneous Pension Fund

- 3 -

1325325_1